AMERICAN FRUIT PRODUCT COMPANY, Appellant, *v.* JOHN G. WARD, Respondent.

*American Fruit Product Co.* v. *Ward,* 113 App. Div. 319, affirmed. (Argued November 21, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 22, 1906, which modified and affirmed as modified a judgment in favor of defendant entered upon the report of a referee and affirmed an order granting an additional allowance in an action to recover for an alleged breach of contract.

*James Breck Perkins* for appellant.

*Lewis E. Carr* for respondent.

Judgment and order affirmed, with costs, on the ground that there being no exception in the record to the referee's report, the court is confined to an examination of the rulings on the evidence and it finds no error therein; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.